FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 29, 2018**

_____

**Elisabeth A. Shumaker**  
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. GERALD POLUKOFF,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>ST. MARK'S HOSPITAL, et al.,<br><br>  Defendants - Appellees,<br><br>and<br><br>HCA, INC., a/k/a HCA,<br><br>  Defendant.<br><br>------------------------------<br><br>UNITED STATES OF AMERICA,<br><br>  Amicus Curiae and Intervenor. | No. 17-4014 |

_____

**ORDER**
_____

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                    Entered for the Court

                    _Elisabeth A. Shumaker_

                    ELISABETH A. SHUMAKER, Clerk