FILED
2018 NOV 7 PM 5:31
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Polukoff,<br><br>      Plaintiff,<br><br>vs.<br><br>St. Mark's Hospital, et al,<br><br>      Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:16-cv-304 JNP |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  7th  day of November, 2018.

BY THE COURT:

_____
Jill N. Parrish
United States District Judge