IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GERALD POLUKOFF, M.D., <br><br> Plaintiff/Relator, <br> v. <br><br> INTERMOUNTAIN HEALTHCARE, INC., INTERMOUNTAIN MEDICAL CENTER, SHERMAN SORENSEN, M.D., and SORENSEN CARDIOVASCULAR GROUP, <br><br> Defendants. | ORDER TO RESPOND <br><br><br> Case No. 2:16-CV-304 TS <br><br> District Judge Ted Stewart |

Pursuant to DUCivR 72-3(b), Plaintiff is directed to respond to Defendant's Objection (Docket No. 232) to the Magistrate Judge's Report and Recommendation (Docket No. 229) on or before January 2, 2019.

DATED this 19th day of December, 2018.

BY THE COURT:

_____
Ted Stewart
United States District Judge