# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 10, 2019

M. Miller Baker, Esq.
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, D. C. 20001

    Re: Intermountain Health, et al.
        v. U. S., ex rel. Polukoff, et al.,
        No. 18-911

Dear Mr. Baker:

    Attached are certified copies of the motion to dismiss the petition for writ of certiorari, received on May 30, 2019, and the order of dismissal pursuant to Rule 46.2 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve' Bocage*

Herve' Bocage
Assistant Clerk

Enc.
cc:    All Counsel of Record
       Clerk, USCA for the Tenth Circuit
         (Your docket No. 17-4014)

# Supreme Court of the United States

No. 18-911

### INTERMOUNTAIN HEALTH CARE, INC., ET AL.,

Petitioners

v.

### UNITED STATES, EX REL. GERALD POLUKOFF, ET AL.

(10 June 19 – OT 2018). The foregoing motion to dismiss the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46.2 of the Rules of this Court.

(Seal)

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States
By: *Danny Bickell*

Danny Bickell
Deputy Clerk

A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: *Danny Bickell*

No. 18-911

# In the Supreme Court of the United States

INTERMOUNTAIN HEALTH CARE, INC. AND IHC HEALTH SERVICES, INC. d/b/a INTERMOUNTAIN MEDICAL CENTER,

*Petitioners,*

v.

UNITED STATES OF AMERICA EX REL.
GERALD POLUKOFF, MD, ST. MARK'S HOSPITAL, SHERMAN SORENSEN, MD, SORENSEN CARDIOVASCULAR GROUP, AND UNITED STATES OF AMERICA,

*Respondents.*

*On Petition for a Writ of Certiorari to the
United States Court of Appeals for the Tenth Circuit*

**UNOPPOSED MOTION TO DISMISS UNDER RULE 46.2**

M. Miller Baker
  *Counsel of Record*
Sarah P. Hogarth
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mbaker@mwe.com

*Attorneys for Petitioners*



## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 29.6 of the Supreme Court Rules, petitioners state that the Corporate Disclosure Statement submitted in their petition remains current.

## UNOPPOSED MOTION TO DISMISS UNDER RULE 46.2

Pursuant to Supreme Court Rule 46.2, petitioners Intermountain Health Care, Inc. and IHC Health Services, Inc. respectfully request that this case be dismissed without any award of costs by this Court.

Counsel of record for respondent Polukoff and counsel of record for respondent the United States have consented to petitioners' requested dismissal on these terms.

Respondents St. Mark's Hospital, Sherman Sorensen, and Sorensen Cardiovascular Group are aligned with petitioners and their counsel have not entered appearances in this Court.

Respectfully submitted,

/s/ M. Miller Baker

M. Miller Baker
  *Counsel of Record*
Sarah P. Hogarth
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mbaker@mwe.com

*Attorneys for Petitioners*

May 15, 2019