# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GERALD POLUKOFF, M.D., <br><br> Plaintiff/Relator, <br><br> vs. <br><br> ST. MARK'S HOSPITAL, SHERMAN SORENSEN, M.D., and SORENSEN CARDIOVASCULAR GROUP, <br><br> Defendants. | ORDER GRANTING RELATOR, GERALD POLUKOFF, M.D.'s, EXPEDITED MOTION TO COMPEL (ECF No. 299) <br><br> Case No.:  2:16-cv-00304-TS-EJF <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Evelyn J. Furse |

Having reviewed Relator, Gerald Polukoff, M.D.'s, Expedited Motion to Compel (ECF No. 299), the Court hereby GRANTS the Motion. The Court ORDERS Defendants Sherman Sorensen, M.D. and Sorensen Cardiovascular Group to provide all parties with available deposition dates and locations for Defendants' jointly retained experts on the issue of Standard of Care/Medical Necessity PFO/ASD Closures in the Medical Community, within three (3) days of this order.

Dated this 16th day of October, 2019.

BY THE COURT:

_Evelyn J. Furse_
Magistrate Judge Evelyn J. Furse