**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GERALD POLUKOFF, M.D<br><br>Plaintiff,<br>v.<br><br>ST. MARK'S HOSPITAL, SHERMAN SORENSEN, M.D., and SORENSEN CARDIOVASCULAR GROUP,<br><br>Defendants. | **ORDER DENYING MOTION TO STAY DISCOVERY (ECF No. 301)**<br><br>Case No.: 2:16-cv-00304-TS-EJF<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Evelyn J. Furse |

This matter having come before the Court on Defendants', Sherman Sorensen M.D. and Sorensen Cardiovascular Group, Motion to Stay Discovery Pending Resolution of its Motions Before the Court (ECF No. 301), and the Court having considered the submissions and arguments of the parties at the October 16, 2019 hearing, hereby DENIES the Motion for the reasons stated on the record.

DATED this 16th day of October, 2019.

BY THE COURT:

_____
Magistrate Judge Evelyn J. Furse