# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GERALD POLUKOFF, M.D.,<br><br>    Relator/Plaintiff,<br><br>vs.<br><br>SHERMAN SORENSEN, M.D., SORENSEN CARDIOVASCULAR GROUP,<br><br>    Defendants. | **ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF DEADLINES (ECF NO. 431)**<br><br>Civil No.:  2:16-cv-00304-TS-EJF<br><br>Judge Ted Stewart<br><br>Magistrate Judge Evelyn J. Furse |

Having reviewed the Parties' Joint Motion for Extension of Deadlines (ECF No. 431), and for good cause appearing, the Court GRANTS the Motion.  The Court's Scheduling Order (ECF No. 262) is modified as set forth below.  All other deadlines remain in effect.

### DISCOVERY LIMITATIONS

    i.    Last day to serve written discovery: _03/27/2020_
           **New Deadline**: _05/27/2020_

    j.    Close of fact discovery: _04/30/2020_
           **New Deadline:** _06/30/2020_

SO ORDERED.

DATED this 12th day of March, 2020.

                              BY THE COURT:

                              _____
                              Evelyn J. Furse
                              United States Magistrate Judge